IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RENITA ANN HALL** | ) | |
| | ) | |
| v. | ) | NO. 3:04-0524 |
| | ) | JUDGE ECHOLS |
| **BOB KENSTRICK, ET AL.** | ) | |

O R D E R

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered October 11, 2005 (Docket Entry No. 68), to which no objection has been filed. In the R&R the Magistrate Judge recommends that Defendants' Motion for Summary Judgment (Docket Entry No. 49) be granted and this case be dismissed with prejudice.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

Accordingly, Defendants' Motion for Summary Judgment is hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE. Entry of this Order shall constitute the final judgment in this action.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE